No. 5292.—MERCADO, aplte., *v.* VÁZQUEZ ET ALS., apldos.— C. D. Arecibo. � Mayo 6, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Aparece del récord que en fecha 15 de abril de 1930 se radicó por el apelante su alegato; y el 16 de los mismos mes y año por la parte apelada una moción de desestimación fundada en que no se había presentado en tiempo el alegato del apelante; y de acuerdo con la jurisprudencia de Puerto Rico en el caso *El Pueblo* v. *De Jesús,* 36 D.P.R. 817, y por analogía con ese caso, la presentación del alegato antes de que se radicara la moción de desestimación, es suficiente defensa contra ésta. Por lo que se declara sin lugar la moción de la parte apelada.

No. 5264.—PÉREZ, apldo., *v.* VIEIRA ET AL., apltes.—C. D. San Juan. ▂ Mayo 6, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

No ha lugar a la reconsideración solicitada.

No. 5304.—SUCS. DE L. VILLAMIL & Co., S. EN C., aplda *v.* PIZÁ HNOS., S. EN C., EN LIQUIDACIÓN, aplte.—C. D. San Juan. ▂ Mayo 7, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Desestimada la apelación por falta de prosecución.

No. 5312.—LÓPEZ, apldo., *v.* ACOSTA ET AL., apltes.—C. D. San Juan. ▂ Mayo 20, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

No habiendo hecho la parte apelante gestión alguna desde el 3 de abril último para tramitar su recurso, debemos desestimar y desestimamos la presente apelación, como solicita la parte apelada.